IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cockrell, James E | Case Number: 06 B 13133 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/24/09 | Filed: 10/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 14, 2009
Confirmed:  April 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 47,395.00 | |
| Secured: | | 42,087.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 2,707.97 |
| Other Funds: | | 0.00 |
| Totals: | 47,395.00 | 47,395.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,600.00 | 2,600.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 44,608.74 | 39,917.10 |
| 3. | Wells Fargo Home Mortgage | Secured | 11,106.53 | 2,169.93 |
| 4. | Brother Loan & Finance | Unsecured | 154.73 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 248.44 | 0.00 |
| 6. | Capital One | Unsecured | 79.70 | 0.00 |
| 7. | Capital One | Unsecured | 231.97 | 0.00 |
| 8. | Bank Of America | Unsecured | 358.49 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 58.30 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 726.19 | 0.00 |
| 11. | Gottlieb Memorial Hospital | Unsecured | 29.90 | 0.00 |
| 12. | AAA Checkmate LLC | Unsecured | 146.19 | 0.00 |
| 13. | Gottlieb Memorial Hospital | Unsecured | 13.54 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 1,187.51 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 282.37 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 112.99 | 0.00 |
| 17. | Alliance One | Unsecured | | No Claim Filed |
| 18. | Brother Loan & Finance | Unsecured | | No Claim Filed |
| 19. | Allied International Credit | Unsecured | | No Claim Filed |
| 20. | Caremark | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | Mimit PC | Unsecured | | No Claim Filed |
| 23. | Shroff M D | Unsecured | | No Claim Filed |
| 24. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 25. | Check N Go | Unsecured | | No Claim Filed |
| | | | $ 61,945.59 | $ 44,687.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cockrell, James E

Printed: 02/24/09

Case Number: 06 B 13133
Judge: Squires, John H
Filed: 10/13/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,852.18 |
| 6.5% | 550.21 |
| 6.6% | 305.58 |
|  | $ 2,707.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: